### MATTIE S. PAYNE, ETC., *v.* T. D. BAYZE.

**Husband and Wife—Necessaries—Writing Signed by Husband and Wife— Personal Judgment.**

The statute makes the estate of the wife liable for necessaries furnished when evidenced by a writing signed by herself and husband, but no personal judgment can be rendered against her.

APPEAL FROM SCOTT CIRCUIT COURT.

October 2, 1871.

OPINION BY JUDGE PRYOR:

It was improper to render a personal judgment in this case against the wife. The statute makes the estate of the wife liable for necessaries furnished, when evidenced by writing, signed by herself and husband, but does not make here personally responsible for the debt. A judgment upon a case made out under the statute can only be against her estate.

The judgment is reversed and cause remanded for further proceedings not inconsistent with this opinion.

*Darnaby, for appellants.*